FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 11:28 am, Dec 07, 2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:20-CR-5 |
| | ) | |
| DENNIS OGBURN | ) | |

### ORDER OF DISMISSAL

After careful consideration, the Government's motion requesting an Order dismissing with prejudice Count Two of the indictment against Dennis Ogburn is **GRANTED**. Accordingly, the indictment is hereby **DISMISSED WITH PREJUDICE**.

So ordered, this 7 day of December 2020.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA